**SET ASIDE and REMAND and Opinion Filed November 21, 2023**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-23-00494-CV

**SHANNELL YVONNE RICHARDS, Appellant**
**V.**
**DAVID RICHARDS, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51671-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to set aside the trial court's judgment and remand the case to the trial court. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), we grant the motion and, without regard to the merits, set aside the trial court's April 21, 2023 judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230494F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHANNELL YVONNE
RICHARDS, Appellant

No. 05-23-00494-CV        V.

DAVID RICHARDS, Appellee

On Appeal from the 469th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 469-51671-
2022.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's April 21, 2023 judgment without regard to the merits and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

We **ORDER** the parties to bear their own costs of the appeal.

Judgment entered November 21, 2023.